AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>TOM VOURNAS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*Defendant*

Case: 1:23-cr-00436
Assigned To : Lamberth, Royce C.
Assign. Date : 12/13/2023
Description: INDICTMENT (B)
Related Case: 21-cr-292 (RCL)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    TOM VOURNAS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding;
18 U.S.C. §§ 111(a)(1) and (b) - Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury on Certain Officers;
18 U.S.C. § 1752(a)(1) and (b)(1)(A) - Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U S C  § 1752(a)(2) and (b)(1)(A) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
18 U.S.C. § 1752(a)(4) and (b)(1)(A) - Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Grounds or Buildings; and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2023.12.13
15:46:59 -05'00'

Date:    12/13/2023

*Issuing officer's signature*

City and state:    Washington, D.C.

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/04/24 , and the person was arrested on *(date)* 01/04/24
at *(city and state)* Bradenton, FL .

Date:    01/04/24

Sr

*Arresting officer's signature*

Alex Castro   SA
*Printed name and title*