# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 23-cr-436-RCL-2 |
| v. | : | |
| | : | |
| **TOM VOURNAS,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO SCHEDULE PLEA HEARING

The United States of America, through the U.S. Attorney for the District of Columbia, and joined by defendant Tom Vournas, through undersigned counsel, hereby move this Court to schedule a plea hearing at the Court's convenience on either September 26, 27, or 30, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Isia Jasiewicz
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*Counsel for the United States*

/s/ Greg Hunter
Greg Hunter
Gregory T. Hunter, Esq.
2111 Wilson Boulevard, 8th Floor
Arlington, VA 22201

(703) 966-7226
greghunter@mail.com

*Counsel for Defendant Tom Vournas*