## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 23-CR-436-RCL-2** |
| | : | |
| **v.** | : | **18 U.S.C. § 111(b)** |
| | : | |
| **TOM VOURNAS,** | : | |
| **Also known as "El Greco,"** | : | *not this be filed* |
| | : | *Royce Lutts* |
| **Defendant.** | : | *U.S.D.J. 9/26/24* |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Tom Vournas, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.    The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.    On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752, due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. This joint session of Congress was an official proceeding as that term is used in Title 18, United States Code, Section 1512. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside. By shortly after 1:00 p.m., the situation at the Capitol had become a civil disorder as that term is used in Title 18, United States Code, Section 231, and throughout the rest of the afternoon the civil disorder obstructed the Secret Service's ability to perform the federally protected function of protecting Vice President Pence.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building

and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### Tom Vournas and the Proud Boys

8.      Tom Vournas is a 63-year-old resident of the state of Florida. Since at least September of 2020, Vournas has been a member of the "Zone 5" chapter of the Proud Boys

organization, which was based in southwest Florida and was also known as the "Hurricane Coast" chapter.

9.      The Proud Boys describes itself as a "pro-Western fraternal organization for men who refuse to apologize for creating the modern world; aka Western Chauvinists." Proud Boys members routinely attend rallies, protests, and other events, some of which have resulted in violence. There is an initiation process for new members of the Proud Boys, and members often wear black and yellow polo shirts or other apparel adorned with Proud Boys logos and slogans to public events.

10.     There are varying "ranks" of Proud Boys members. Before becoming a member, individuals are called prospects and vetted by members of the Proud Boys. After being vetted, they become the lowest rank, a first-degree Proud Boy. The Proud Boys have four degrees of membership, with the fourth-degree being the highest rank. Vournas went through this process, and, on October 24, 2020, he advanced to a second-degree Proud Boy. On October 25, 2020, Vournas discussed the process he went through to be promoted to second-degree Proud Boy in a Telegram[1] chat with other members of the Proud Boys:

> So I thought I got through 2° unscathed last night… but hell no! I want to thank 5 brothers for respecting the no kidney shots but my upper back and arms are aching like I put in 24 hours nonstop sledgehammer work on the rock pile ! Sore as fuck ! POYMFB!

11.     Vournas was an active member of the "Zone 5" chapter of the Proud Boys. On October 25, 2020, Vournas wrote in the "Hurricane Coast Z5" Telegram chat, "I have been so active the last two months I could barely keep up remembering all the different times and dates to be at places."

---

[1] Unless otherwise noted, all messages were written by Vournas in one of the Proud Boys Telegram group chats under his alias, "El Greco."

12.    On November 8, 2020, Vournas attended a rally with other Proud Boys. The next day, he wrote in the "Hurricane Coast Z5" Telegram chat, in part, "Good night last night we went out with an objective to mash communist skulls, of course it was just a little white girl gathering with pussy ass betas hiding behind a bunch of girls~BLM bullshit. Nevertheless we went out and confronted the hate spewing little mob . . . my proudness for being a proud boy just keeps growing day by day ! UHURU !!"

13.    On December 12 and 13, 2020, Vournas attended a rally contesting the results of the presidential election with the Proud Boys in Washington, D.C. On December 14, 2020, Vournas wrote in the "Hurricane Coast Z5" Telegram chat, in part:

> Good morning TICE just waking up what a glorious time at DC! It was amazing to see the amount of alpha proud boy testosterone roaming the streets rally night, bloodthirsty for antifa BLM degenerates to unleash our pent-up hatred for them communist Marxist fucks. And we did find some that were at the wrong place at the wrong time!! The cops protected their main Antifa group that had gathered. Proud boys from all over this country we're trying to find different avenues to get them. Cops kept blocking up the streets. Thcops that protected them are who they want to defund ,it would be such a nightmare for antifa if the cops were not there, they would have been decimated on the 12th no doubt about that commi bodies would have littered the streets of DC!!

14.    On January 3, 2021, Vournas and other members of his local Proud Boys chapter (including Daniel Scott[2] and Christopher Worrell[3]) attended a rally in Naples, Florida at which Roger Stone spoke and urged Florida's senators, Marco Rubio and Rick Scott, to object to the certification of the Electoral College vote. Prior to the rally, Vournas wrote in the "Hurricane Coast

---

[2] Scott, also known by his Proud Boy nickname of "Milkshake," is the man in the blue hat and sunglasses squatting just below Vournas in the Washington Monument photograph, Image 2. Scott pleaded guilty to multiple January 6-related felonies in *United States v. Worrell, et al.*, No. 21-cr-292 (RCL), and has been sentenced.

[3] Worrell, is the third man from the left in the Washington Monument photograph, Image 2. Worrell is wearing tan pants and a brown top. Worrell was found guilty after a trial of multiple January 6-related felonies in *United States v. Worrell, et al.*, No. 21-cr-292 (RCL), and has been sentenced.

Z5" Telegram chat, "I will be out there yelling through a megaphone for [Senator Rick] Scott to get off his fucking ass and stand with the rest of the senators opposing the fraudulent ballots from the shit hole commie states" and "Fucking Rubio and Scott get off the bench!" Daniel Scott helped Stone up a ladder that Stone used to talk to the crowd. During this speech, Stone asserted that the 2020 presidential election was rigged due to voting fraud, and he urged Florida's U.S. Senators to vote against the certification of the Electoral College vote. Stone stated: "Rick Scott has a fundamental choice. He will either stand up for the Constitution ..." At that point, Daniel Scott yelled "Or give him the rope!" During the rally, the crowd, including Vournas, repeatedly chanted, "Stop the Steal." He and other members of the Proud Boys posed for a photograph with Stone at the rally.



*Image 1: Vournas (circled in red) at the January 3, 2021 election rally
with other Zone 5 Proud Boys*

### *Preparations for the January 6 Rally*

15.      Vournas was active in Proud Boys Telegram chats discussing the challenges to the November 2020 presidential election. For example, on December 18, 2020, Vournas wrote two messages in the in the "Hurricane Coast Z5" Telegram chat, seconds apart, "ITS TIME TO CROSS THE RUBICON" and:

> . . . thedonald getting radicalized . . . Most top posts are begging Trump to cross the Rubicon and there are very little 'trust the plan!' and 'two more weeks' fags left . . . almost all the top comments now are about armed revolution and no one believes there is still a democratic solution left. How do we light the spark?

Nine minutes later, Vournas also wrote, "I will die before America is destroyed by degenerate communists in our land!"

16.      On December 19, 2020, former President Trump announced plans for a Stop the Steal protest event in Washington, D.C., on January 6, 2021, which date coincided with Congress's certification of the Electoral College vote.

17.      Following the announcement, the chairman of the Proud Boys, Enrique Tarrio, announced publicly and privately to other Proud Boys that the Proud Boys would be returning to Washington, D.C., on January 6.

18.      On December 22, 2020, Vournas wrote a series of messages in the "Hurricane Coast Z5" Telegram chat:

> a.  At 9:48 a.m., "I am the opposite thinking if the ship sinks they will drown us and all right wingers will never stand a chance to rise, we will be rounded up in camps, killed or left in gulags. Civil War."
>
> b.  At 9:49 a.m., "Sooner than later to give us a fighting chance to save America as it was once a pround nation" and "I'd rather die fighting."
>
> c.  At 9:53 a.m., "Someone Hass to be the tip of the spear."

19.   On December 23, 2020, Vournas wrote in the "Hurricane Coast Z5" Telegram chat, "Julius Cesar didn't ask the senate's permission before he crossed the Rubicon river and laid waste to traitors. CROSS THE RUBICON PRESIDENT TRUMP [website url to Telegram regarding the Insurrection Act]."

### *Vournas' Participation in the January 6, 2021, Capitol Riot*

20.   Vournas traveled from Florida to Washington, D.C. to participate in the events of January 6.  He knew that Congress was meeting that day to certify the electoral college vote.

21.   On the morning of January 6, 2021, Vournas met a group of approximately one hundred Proud Boys members near the Washington Monument at approximately 10 a.m.

22.   At the Washington Monument, Vournas gathered near other members of "Zone 5" chapter of the Proud Boys, including Leonard Lobianco, as well as Proud Boys from other chapters.



*Image 2: Vournas (circled in red) and Lobianco (circled in green) with members of the Zone 5 chapter of the Proud Boys and others in front of the Washington Monument on January 6, 2021*

23.    Shortly after 10 a.m., the leaders of the large group of Proud Boys marched the group away from the rally that was taking place near the Washington Monument. One of the leaders of the march announced to the group that they were going to march to the Capitol. The group began marching east toward the Capitol. Images 3 and 4, below, show Vournas marching to the Capitol wearing a brown tactical vest with a can of Sabre Red Pepper Gel affixed to it.



*Images 3 and 4: Vournas walking to the Capitol on January 6, 2021 with Sabre Red Pepper Gel (circled in red) affixed to his vest.*

24.     As the group marched toward the Capitol, the leaders of the march addressed the group, which included Vournas, through a megaphone—telling them that the police and government had failed them. As the group walked past the west side of the Capitol at approximately 11:20 a.m.—more than an hour prior to the initial breach—one of the leaders announced, "We represent the spirit of 1776. If you haven't noticed, real men are here. We know what the oath is [unintelligible] to support and defend the Constitution . . . Let us remind those who have forgotten what that means."

25.     Shortly before noon, the group marched back to the west side of the Capitol to a group of food trucks located at approximately 2nd Street and Constitution Avenue NW. They arrived at approximately 12:10 p.m. There the group stopped and waited for approximately thirty minutes. At approximately 12:45 p.m., fifteen minutes before the certification of the Electoral College vote was scheduled to start, leaders of the march mustered the men into a column and marched them back towards the Capitol. Vournas and members of Zone 5 had broken away and would rejoin the larger group of Proud Boys minutes after the breach at Peace Circle, discussed below.

26.     The Proud Boys arrived at the Peace Circle, at the edge of the restricted portion of Capitol grounds, at approximately 12:50 p.m. Prior to their arrival, the Peace Circle was uncrowded and relatively peaceful. The First Street pedestrian entrance to the Capitol, which was approximately 100 feet away, was guarded by a handful of Capitol Police officers. Prominent signs posted on metal barriers at the pedestrian entrance and other locations stated, "AREA CLOSED By order of the United States Capitol Police Board."

27.     Upon arriving at the Peace Circle, leaders of the Proud Boys led the crowd in chants that included "USA!", "Where's Antifa", and "Whose Capitol? Our Capitol!" At 12:53 p.m.,

approximately one minute after the "Whose Capitol? Our Capitol!" chant, the crowd surged forward towards a police barricade.

28.     Members of this crowd, including the Proud Boys, violently trampled the metal barriers, moved the barriers aside, and surged past officers to advance toward the Capitol.

29.     As the Proud Boys breached Peace Circle, members of Zone 5 marched towards the Capitol. At approximately 12:57 p.m., within minutes of the police line at Peace Circle being breached, Scott, Worrell, Vournas, and Lobianco, and several other men who had joined their group moved together onto the restricted grounds of the Capitol past the downed barricades and trampled fencing. Worrell filmed the group, which captured a conversation between Vournas, and other members of Zone 5, including Scott and Worrell:

| | |
|---|---|
| Scott: | "Oh god, we're going to the Capitol, guys." |
| Unidentified: | "Kicking the doors in." |
| Worrell: | "Trump is coming to the Capitol." |
| **Vournas**: | "Taking that motherfucking Capitol back." |
| Scott: | "I've never been to the Capitol before." |
| **Vournas**: | "Zone 5, stay tight! |
| Scott: | "Hey Zone 5, stay tight!  Nobody gets around us." |
| **Vournas**: | "Stay tight boys. Zone 5, this way.  Stay tight." |
| Unidentified: | "This is our Capitol!  That's right, storm the Capitol!" |
| **Vournas**: | "Zone 5, watch where we are.  Stay together." |
| Worrell: | "Mike, pay attention Mike.  Go, go, go, go . . . Make a hole! Make a hole!" |
| **Vournas**: | "Let's move up to the rest of our guys.  Move up to the rest of our guys." |
| Worrell: | "Let's go, yeah.  Let's go let's catch them.  Milkshake, give em the hammer step, bro." |

30.     For the next hour, the police struggled to contain the mob, while certain members of the Zone 5 Proud Boys, including Worrell and Lobianco, assaulted and engaged with the line of officers on the West Plaza.

31.     Between approximately 1:30 PM and 1:48 PM, Scott and Worrell moved a police barricade that was in front of the line of USCP officers guarding the northwest stairs of the West Terrace of the Capitol. Around this time, Scott put on ski goggles.

32.     During this period, Vournas and other members of his Proud Boys chapter, including Lobianco, also moved toward the base of the same stairs and stood behind Scott and among a group of Proud Boys that had assembled near the base of the stairs.



*Image 5: Vournas (circled in red) at the Northwest Stairs with Lobianco (circled in green), Scott (circled in yellow), and Worrell (circled in blue)*

33.     At the time, Officer N.C. was in uniform and on duty, attempting to guard the stairs leading up under the scaffolding and to the Upper West Terrace.

34.     At about 1:48 p.m., Scott was facing USCP Officers N.C. and C.C. when Scott suddenly moved forward and pushed the two officers backward and up the stairs. Almost immediately after Scott's violent charge, Vournas sprayed pepper gel, a dangerous weapon,[4] twice towards the line of officers, hitting USCP Officer N.C. in the face and causing bodily injury. Specifically, the pepper gel sprayed by Vournas caused Officer N.C.'s eyes to swell shut, temporarily blinding and incapacitating him. Officer N.C. experienced pain due to the spray and

---

[4] OC spray/gel, pepper spray/gel, oleoresin capsicum (OC) spray/gel, capsaicin spray/gel, and/or capsicum spray/gel are all names for a product containing the compound capsaicin as the active ingredient, which causes burning and pain sensations, as well as temporary blindness. It can also cause longer-term impairments, such as corneal damage and Reactive Airway Dysfunction Syndrome. "Sabre Red" and the substance sprayed by Vournas at the Northwest Stairs are OC sprays/gels.

described the pain as a six out of ten. This left Officer N.C. vulnerable to the mob surrounding him. Officer N.C. also experienced pain, difficulty breathing, coughing for days, and his skin burned.



*Image 6: Vournas' hand (circled in red) deploying pepper gel and striking Officer N.C. (below the green arrow)*



*Image 7: Vournas (circled in red) moments after deploying pepper gel*

35.     Scott then grabbed USCP Officer C.C. and pulled the officer's head and torso down and into the crowd. Officer C.C. was able to free himself and retreated up the Northwest stairs with Officer N.C.

36.     The police line collapsed. The mob, including Vournas and Lobianco, then surged up the Northwest Stairs towards the Senate Wing Door.

37.     Within 20 minutes, rioters, including Vournas and Lobianco, joined the first group of rioters to enter the Capitol—while Congress was still in session. Specifically, at approximately 2:14 p.m., Vournas and Lobianco entered the Capitol through the Senate Wing Door. Vournas was carrying the pepper gel that he had used to assault Officer N.C.



*Image 8: Vournas (circled in red) just after entering the U.S. Capitol building*

38.     Once inside, Vournas proceeded deeper into the Capitol and encountered a line of police officers in the Crypt. Inside the Crypt, Vournas and Lobianco took pictures together before leaving through the Senate Wing Door at approximately 2:25 p.m.

39.     Vournas assaulted USCP Officer N.C. with the intent to obstruct, impede, or influence Congress's certification of the Electoral College vote. Defendant Vournas' assault in fact influenced and impeded Congress's ongoing certification because violence inflicted on the USCP officers defending the Capitol—and the breaches of the police lines—impeded the police force's ability to provide the security necessary for the certification to proceed.

### *Elements of the Offense*

40.     The parties agree that Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury, 18 U.S.C. § 111(b), requires the following elements:

  a. First, the defendant assaulted, resisted, opposed, impeded, intimidated, and interfered with Officer N.C., an officer from the United States Capitol Police.

  b. Second, the defendant did such acts forcibly.

  c. Third, the defendant did such acts voluntarily and intentionally.

  d. Fourth, Officer N.C. was an officer or an employee of the United States who was then engaged in the performance of his official duties.

  e. Fifth, in doing such acts, the defendant intentionally used a deadly or dangerous weapon and inflicted bodily injury.

### *Defendant's Acknowledgments*

41.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he forcibly, knowingly, and intentionally assaulted police officers; that those officers were assisting officers of the United States who were engaged in the performance of their official duties at the time of that assault; that the defendant made physical contact with those officers; and that the defendant acted with the intent of obstructing and impeding those officers while they were engaged in the lawful performance of their duties during a civil disorder that both obstructed commerce and the performance of a federally protected function. The defendant further admits that he used a dangerous weapon during the assault on the police officers (pepper gel), that his assault caused bodily injury to Officer N.C., and that the

assault on the police officers was motivated by their status as government employees. Additionally, the defendant admits he made physical contact with Officer N.C. during the assault and committed the assault with the intent to commit another felony. Specifically, the other felonies he intended to commit were the offenses charged in Count Two of the Indictment.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Brian D. Brady
BRIAN D. BRADY
D.C. Bar Number 1674360
Trial Attorney
U.S. Department of Justice, Crim. Div.
Detailed to the D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
BBrady@usa.doj.gov
(202) 834-1916

/s/ Monika (Isia) Jasiewicz
MONIKA (ISIA) JASIEWICZ
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
DC Bar No.1024941
(202) 714-6446
isia.jasiewicz@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, TOM VOURNAS, have read this Statement of the Offense and have discussed it with my attorney, Greg Hunter. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 26 September 2024

TOM VOURNAS
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client, TOM VOURNAS, fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 26 September 2024

GREG HUNTER
Attorney for Defendant